**FILED IN CHAMBERS**
**U.S.D.C ATLANTA**

Date: ___Jul 08 2025___

**KEVIN P. WEIMER** , Clerk

By: ___E. M. Morrell___
Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

GWENDOLYN BRANDON

**CRIMINAL COMPLAINT**

Case Number:  1:25-MJ-679

**<u>Under Seal</u>**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  From in or about August 2023 to in or about February 2025, in DeKalb County, in the Northern District of Georgia, and elsewhere, defendant Gwendolyn Brandon did, willfully and knowingly receive, conceal and retain stolen funds belonging to the United States, of a value exceeding $1,000.00, with intent to convert said money to her own use, then knowing said funds to have been stolen, in violation of 18 U.S.C. § 641.

in violation of Title 18, United States Code, Section 641.

I further state that I am a Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.    Yes

_____
Signature of Complainant
Brian Jordan

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

___July 8, 2025___                              at   ___Atlanta, Georgia___
Date                                                      City and State

JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                    Signature of Judicial Officer
AUSA Jessica Morris / 2025R00106
Jesisca.Morris3@usdoj.gov

**ATTEST: A TRUE COPY**
**CERTIFIED THIS**

Date: Jul 08 2025

KEVIN P. WEIMER, Clerk

By: E. M. Morrell
Deputy Clerk

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brian Jordan, affiant, depose and say under penalty of perjury:

Agent Background and Introduction

1. I am a special agent with the United States Department of Health and Human Services ("HHS"), Office of Inspector General (OIG), Special Investigations Branch. I have been employed as a special agent with HHS-OIG since approximately May 2016.

2. As part of my duties as a special agent, I investigate criminal violations related to white collar crimes, including wire fraud, theft of government funds, and HHS federal employee misconduct. Through my training and experience, I have become familiar with the methods by which individuals and entities use to commit fraud against the U.S. Government and the tools used in the investigation of such violations, including consensual monitoring, surveillance, financial analysis, and conducting interviews of witnesses and others who have knowledge of fraud perpetrated against the U.S. Government. I have participated in the execution of multiple federal arrest warrants. I am responsible for the investigation of Gwendolyn Brandon regarding the theft of government funds.

3. Wherever in this affidavit I state a belief, such belief is based upon my training and experience and the information obtained through this investigation. This affidavit is intended to support probable cause but is not intended to convey all the facts of the entire investigation.

4. By this affidavit, I seek authorization for a criminal complaint and arrest warrant for Gwendolyn Brandon for Theft of Government Services, in violation of Title 18, United States Code, Section 641.

<u>Fraudulent Invoice Scheme</u>

5.  At all times relevant to this affidavit, Gwendolyn Brandon was employed as a Management and Program Analyst at an operating component of a federal government agency in DeKalb County, in the Northern District of Georgia (the "Agency").  In this capacity, Brandon was an Approving Official for the Agency's purchase card program.  Her responsibilities entailed supervising other employees with purchase card authority, ensuring compliance and effective management practices of various systems, to include CDC's credit card purchase system, and ensuring accountability by conducting continuous monitoring of divisional budget reports.  In general, requests for payments from vendors over $10,000 received more scrutiny than requests below this amount.

6.  From approximately August 2023 to February 2025, Brandon used her role as an Approving Official to cause the Agency to make payment on at least 46 fraudulent invoices in amounts ranging from $2,230 to $9,970, resulting in the theft of $190,461.50 of United States government funds.  As described below, the stolen funds Brandon caused to be paid on these invoices were ultimately deposited into a bank account controlled by Brandon.

7.  In August 2023, Brandon submitted two fraudulent invoices that appeared to be from PCG Screening Services requesting payment from the Agency totaling $6,825 ($3,412.50 per invoice).  PCG Services LLC is a business registered to Brandon, however, it provided no goods or services to the Agency.  Nonetheless, government funds were paid to Brandon in connection with the invoices.

8.  To further the scheme, Brandon later created fraudulent invoices that appeared to be from other vendors requesting payment for goods or services that were never provided to the Agency.  Most of the invoices were in the

names of two companies that were actual vendors of the Agency or had a name similar to an actual vendor. The invoices did not come from the vendors named on the invoices, however. The faces of the fraudulent invoices have information connecting them to Brandon, including a telephone number and payment information, and representatives from both companies have confirmed that the invoices were not from their respective companies.

9. After creating these fraudulent invoices, Brandon caused the fraudulent invoices to be uploaded into the Agency's credit card purchase system to be paid by government purchase card holders under her supervision and/or who were subordinate to her. Brandon's fraudulent invoices requested payment via an account with a third-party payment processor. From this account, Brandon caused the stolen U.S. government funds to be transferred to a bank account in the name of PCG Screening Services, which she controlled.

10. Brandon carried out the scheme using her Agency email account, including by using her Agency email account to forward fraudulent invoices to herself, to upload them to the Agency's credit card purchase system, and to communicate with her subordinates in the Atlanta area about payments on the fraudulent invoices.

11. Through the scheme outlined above, between August 2023 and February 2025, I have identified 46 fraudulent invoices paid out using United States government funds, each of which exceeds $1,000, resulting in the theft of $190,461.50 of government funds.

## Conclusion

12. Based on the information above, there is probable cause to believe that Gwendolyn Brandon committed violations of 18 U.S.C. § 641.